IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SHYRIQ PARHAM,

    Plaintiff,

v.                                     Civil Action No. 3:25cv505

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

    By Memorandum Order entered on August 18, 2025 the Court conditionally docketed Plaintiff's action. (ECF No. 2.) At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address if he was released or relocated. On July 16, 2025, the United States Postal Service returned a August 28, 2025 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." (ECF No. 7, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 9/22/25  
Richmond, Virginia

/s/ M. Hannah Lauck  
United States District Judge